NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SHIRLEY A. VARNADO,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

2014-3107

_____

Petition for review of the Merit Systems Protection Board in No. AT-0752-13-0039-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Shirley A. Varnado moves for a 90-day extension of time to obtain counsel, to file an application for mediation and to file her initial brief.

The court notes that pursuant to the Federal Circuit Appellate Mediation Program Guidelines that "[a]ll cases in which the parties are represented by counsel are eligible for the program."

2                                                    VARNADO v. MSPB


Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the petitioner's initial brief (form enclosed) is due within 90 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21